UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ESTER WEAVER, WALTER WEAVER, SANDRA LYNCH, MICHAEL LYNCH, JULIE PERKINS, JUSTIN WADDINGTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRENT STROMAN, CHIEF OF POLICE FOR THE WACO POLICE DEPARTMENT, IN HIS INDIVIDUAL CAPACITY; MANUEL CHAVEZ, WACO POLICE DEPARTMENT DETECTIVE, IN HIS INDIVIDUAL CAPACITY; ABELINO REYNA, ELECTED DISTRICT ATTORNEY FOR MCLENNAN COUNTY, TEXAS, IN HIS INDIVIDUAL CAPACITY; MCLENNAN COUNTY, TEXAS, ROBERT LANNING, IN HIS INDIVIDUAL CAPACITY; DET. JEFFREY ROGERS, IN HIS INDIVIDUAL CAPACITY; PATRICK SWANTON, IN HIS INDIVIDUAL CAPACITY; STEVEN SCHWARTZ, IN HIS INDIVIDUAL CAPACITY; AND CHRISTOPHER FROST, IN HIS INDIVIDUAL CAPACITY;<br><br>*Defendants*. | CIVIL NO. A-16-CV-01195-ADA |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 118. The report recommends Plaintiffs' Motion for Entry of Final Judgment (ECF No. 112) be **DENIED**. The report and recommendation was filed on April 16, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 118) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Entry of Final Judgment (ECF No. 112) is **DENIED.**

**SIGNED** this 3rd day of May, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE